[No. 3021–2.   Division Two.   July 5, 1978.]

THE STATE OF WASHINGTON, *Respondent*, v. WALTER ROBERT BROWN, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 50660, Robert A. Jacques, J., entered July 19, 1977. *Affirmed* by unpublished opinion per Pearson, C.J., concurred in by Soule and Ringold, JJ.

[No. 2196–3.   Division Three.   July 6, 1978.]

THE STATE OF WASHINGTON, *Respondent*, v. DALE CHARLES STONE, *Appellant*.

Appeal from judgments of the Superior Court for Klickitat County, Nos. C–1575, C–1598, Ted Kolbaba, J., entered December 6, 1976. *Affirmed* by unpublished opinion per McInturff, J., concurred in by Green and Roe, JJ.

[No. 2087–3.   Division Three.   July 6, 1978.]

MICHAEL J. TADIN, ET AL, *Respondents*, v. A. H. MARCHANT, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for Yakima County, No. 58818, Lloyd L. Wiehl, J. Pro Tem., entered August 16, 1976. *Affirmed* by unpublished opinion per McInturff, J., concurred in by Green and Roe, JJ.